**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00296-LTB-PAC

ELIZABETH VALENCIA,

       Plaintiff,

v.

THE GEO GROUP, INC., a Florida corporation, f/k/a Wackenhut Corrections Corporation,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Defendant's Motion to Amend Answer (Doc 12 - filed January 26, 2006) is GRANTED. The tendered Amended Answer is accepted for filing.

Dated:  February 15, 2006
_____