IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00296-LTB-PAC

ELIZABETH VALENCIA,

    Plaintiff(s),

v.

THE GEO GROUP, INC., a Florida corporation, f/k/a Wackenhut Corrections Corporation,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
June 14, 2006

    Due to plaintiff's failure to respond to Defendant's Motion to Compel Discovery [filed May 25, 2006; Doc. No. 26] on the June 12, 2006 date ordered, see May 31, 2006 Minute Order, defendant's motion is confessed.  Accordingly, it is hereby

    **ORDERED** that Defendant's Motion to Compel Discovery [filed May 25, 2006; Doc. No. 26] is granted.  It is further

    **ORDERED** that defendant's requests for admissions are deemed admitted.  It is further

    **ORDERED** that plaintiff is to fully respond to defendant's April 4, 2006 Interrogatories and Requests for Production no later than **June 26, 2006**.  It is further

    **ORDERED** that the hearing on the above motion set for June 15, 2006 at 10:30 a.m., in Courtroom A501 is **vacated**, and the meet and confer session set for June 15, 2006 at 9:45 a.m. also is **vacated**.