IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00296-LTB-PAC

ELIZABETH VALENCIA,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant's Motion to Vacate Settlement Conference** [docket no. 43, filed November 21, 2006] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for November 28, 2006, is VACATED.


DATED:  November 27, 2006